UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

04 1 1395 MLW

|  |  |
|---|---|
| SELENA MELENDEZ, PPA FRANCES CHASE, Plaintiff, | ) ) ) ) ) ) |
| vs. | ) ) **CIVIL ACTION NO.** |
| COSCO, INC., Defendant. | ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Holly M. Polglase of Campbell Campbell Edwards & Conroy as counsel for the defendant Dorel Juvenile Group, Inc., improperly named as Cosco, Inc.

DOREL JUVENILE GROUP, INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Holly M. Polglase (BBO# 541882)
One Constitution Plaza
Boston, MA 02129
Tel: 617-241-3000
Fax: 617-241-5115

## CERTIFICATE OF SERVICE

I hereby certify that on June /8 , 2004, a true copy of the above document was served upon the attorney of record for each other party via first class U.S. mail, postage prepaid.

Holly M. Polglase