UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| SELENA MELENDEZ, PPA<br>FRANCES CHASE,<br>    Plaintiff,<br><br>vs.<br><br>COSCO, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Dorel Juvenile Group, Inc., improperly named as Cosco, Inc., states that Cosco, Inc. was merged into Safety 1st, Inc. in July of 2001. Safety 1st, Inc. later changed its name to Dorel Juvenile Group, Inc. (hereinafter "DJG").

No publicly-traded company owns 10% or more of DJG's stock. However, DJG is an indirect, wholly-owned subsidiary of Dorel Industries, Inc., whose stock is publicly traded in both the United States and Canada.

                                          DOREL JUVENILE GROUP, INC.
                                          By its attorneys,
                                          CAMPBELL CAMPBELL EDWARDS & CONROY
                                          PROFESSIONAL CORPORATION

                                          _____
                                          Holly M. Polglase (BBO# 541882)
                                          One Constitution Plaza
                                          Boston, MA 02129
                                          Tel: 617-241-3000
                                          Fax: 617-241-5115

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2004, a true copy of the above document was served upon the attorney of record for each other party via first class U.S. mail, postage prepaid.

_____
Holly M. Polglase